HELIOS-UPTON COMPANY, Respondent, *v.* ORLANDO F. THOMAS et al., Appellants, Impleaded with Another.

*Helios-Upton Co.* v. *Thomas,* 96 App. Div. 401, affirmed.
(Argued March 12, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 15, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Richard A. Irving* for appellants.

*Herbert C. Smyth* and *Millard F. Tompkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

ROUND ISLAND COMPANY, Appellant, *v.* FLORENCE BULLOCH, Respondent.

*Round Island Co.* v. *Bulloch,* 100 App. Div. 510, affirmed.
(Argued March 12, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 3, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Henry Purcell* for appellant.

*Joseph Atwell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.